■ In the Matter of ROSE TABAK, Appellant, v CITY OF NEW YORK et al., Respondents.—In a proceeding in which the petitioner sought appointment as guardian ad litem for her adult son and leave to serve a late notice of claim in his behalf pursuant to General Municipal Law § 50-e (5), the petitioner appeals from a judgment of the Supreme Court, Kings County (Bellard, J.), dated October 25, 1988, which denied her application.

Ordered that the judgment is affirmed, with costs.

Since the petitioner never demonstrated that the failure to serve a timely notice of claim was caused by her son's physical or psychological disability, it cannot be said that the Supreme Court improvidently exercised its discretion in denying her application (*see, Matter of Albanese v Village of Floral Park*, 128 AD2d 611). Significantly, the proposed notice of claim submitted to the Supreme Court was signed by the son. Further, under the facts of this case, we find that the respondents would be prejudiced if the application were granted. Thompson, J. P., Brown, Kunzeman and Eiber, JJ., concur.